IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE JAMES KING,

        Plaintiff,                No.  2:12-cv-2940 CKD P

   vs.

TOM BOSENKO, et al..

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff is a Shasta County Jail prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On December 12, 2012, plaintiff filed a document titled "motion to amend."  Essentially, plaintiff seeks to add two plaintiffs to this action.  There are several problems with this request, but most notably an action brought by multiple inmate plaintiffs proceeding pro se presents procedural problems that cause delay and confusion.  Delay often arises from the frequent transfer of inmates to other facilities or institutions, the changes in address that occur when inmates are released to parole, and the difficulties faced by inmates who attempt to communicate with each other and with unincarcerated individuals.  If persons other than Mr. King wish to proceed with claims similar to those of Mr. King, they should initiate their own action.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 12, 2012
2  "motion to amend" (Dkt. No. 10) is denied.
3  Dated: December 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
king2940.mta