IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE JAMES KING,

    Plaintiff,                      No.  2:12-cv-2940 CKD P

    vs.

TOM BOSENKO, et al..

    Defendants.               ORDER

_____/

        Plaintiff is a Shasta County Jail prisoner proceeding with claims against jail employees for violations of rights arising under the First Amendment and the Religious Land Use and Institutionalized Persons Act (RLUIPA).  In his complaint, plaintiff alleges eating meat is outside the tenets of his Buddhist beliefs and he is being denied an adequate vegetarian diet.  The parties have consented to have a magistrate judge conduct all proceedings in this case. (ECF Nos. 9, 23.)  See 28 U.S.C. § 636(c).

        On December 10, 2012, plaintiff filed a motion for a preliminary injunction. Essentially, plaintiff asserts he is not being provided with an adequate meatless source of protein such as soy or nuts.  Plaintiff asserts that he has not been able to gain adequate nutrition from the meatless food that he is provided.

/////

1

In response to plaintiff's motion, defendants point to evidence indicating that plaintiff has been receiving a vegetarian diet since April, 2013. (ECF 35.) Defendants indicate plaintiff had not been provided with a vegetarian diet in the past because it had been determined by the jail chaplain that plaintiff's identifying himself as a Buddhist was not sincere. In April, the jail changed its policy eliminating the requirement that prisoners only be provided with diets comporting with religious beliefs after the jail chaplain found such beliefs to be sincere. Plaintiff does not disagree that he is now being provided a vegetarian diet.

In light of the fact that plaintiff is now receiving a vegetarian diet, his request for a preliminary injunction is moot. Accordingly, plaintiff's motion for a preliminary injunction will be denied. If defendants cease providing plaintiff with a vegetarian diet at some point during the duration of this case, plaintiff is free to renew his motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 10, 2012 motion for a preliminary injunction (ECF No. 8) is denied.

Dated: May 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
king2940.pi