UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES KING, | No. 2:12-cv-2940 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TOM BOSENKO, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He alleges that beginning on April 28, 2012, he was denied a vegetarian diet at the Shasta County Jail which plaintiff asserts is a tenet of his religious beliefs. Plaintiff alleges that because he was denied a proper vegetarian diet, he was "near starvation" and his health was "in decline." He seeks damages. Defendants served a subpoena for plaintiff's medical records created after November 1, 2011 upon the medical provider for the Shasta County Jail. Plaintiff has filed a motion to quash that subpoena.

Any medical records created after April 28, 2012 which are possibly related to plaintiff being malnourished are discoverable by defendants. See Fed. R. Civ. P. 26(b)(1). Therefore, plaintiff's motion to quash will be granted only with respect to records created before that date and with respect to records which clearly have nothing to do with malnutrition.

/////

1

Accordingly IT IS HERBY ORDERED that plaintiff's May 9, 2013 motion to quash (ECF No. 36) is granted only to the extent that defendants seek plaintiff's medical records created before April 28, 2012 and records which in no way are related to plaintiff's claims of malnutrition. In all other respects, the motion to quash is denied.

Dated: May 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
king2940.mtq