UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES KING, | No. 2:12-cv-2940 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TOM BOSENKO, | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On June 12, 2013, plaintiff filed a motion asking that the court compel the remaining defendants to respond to discovery requests served by plaintiff on May 7, 2013.

In the court's discovery order dated April 2, 2013, the court informed the parties that all responses to requests for discovery are to be served no later than 45 days from service of the discovery request. Because the time limit for serving responses to plaintiff's discovery requests served May 7, 2013 had not passed when plaintiff filed his motion to compel on June 12, 2013, plaintiff's motion to compel will be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 12, 2013 motion to compel (ECF No. 44) is denied.

Dated: July 1, 2013

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
king2940.mtc

2