UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES KING, | No. 2:12-cv-2940 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TOM BOSENKO, et al., | |
| Defendants. | |

Plaintiff filed his pretrial statement on August 20, 2014. However, the pretrial statement filed by plaintiff does not comply with the court's April 2, 2013 order or Local Rule 281. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 30 days within which to file an amended pretrial statement that complies with the court's April 2, 2013 order and Local Rule 281. Plaintiff's failure to file a pretrial statement that complies with the April 2, 2013 order and Local Rule 281 within 30 days will result in dismissal of this action.

/////
/////
/////
/////
/////

2. Defendants may file an amended pretrial statement within 14 days of service of plaintiff's amended pretrial statement.

Dated: September 23, 2014

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
king2940.pts

2