1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESSE JAMES KING,                              No.  2:12-cv-2940 CKD P

12                   Plaintiff,

13           v.                                       ORDER

14    TOM BOSENKO, et al.,

15                   Defendants.

16

17           By order filed September 23, 2014, this court directed plaintiff to file an amended pretrial

18    statement within 30 days.  Plaintiff was warned that failure to file an amended pretrial statement

19    within 30 days would result in dismissal.  Plaintiff has not responded to the court's order.

20           In accordance with the above, IT IS HEREBY ORDERED[1] that this action is dismissed

21    without prejudice.  See Fed. R. Civ. P. 41(b).

22    Dated:  November 12, 2014

23                                                    _____
                                                     CAROLYN K. DELANEY
24                                                   UNITED STATES MAGISTRATE JUDGE

25    1
      king2940.fpt
26

27    _____

28    [1]  Both parties have consented to have all matters in this action before a United States Magistrate
      Judge.  See 28 U.S.C. § 636(c).